**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as** *State ex rel. Goncalves v. Mahoning Cty. Bd. of Elections,* **Slip Opinion No. 2015-Ohio-3777.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2015-OHIO-3777

THE STATE EX REL. GONCALVES ET AL. *v.* MAHONING COUNTY BOARD OF ELECTIONS ET AL.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State ex rel. Goncalves v. Mahoning Cty. Bd. of Elections,* Slip Opinion No. 2015-Ohio-3777.]**

*Cause dismissed as moot.*

(No. 2015-1475—Submitted September 15, 2015—Decided September 18, 2015.)

IN MANDAMUS.

_____

{¶ 1} Relators, Valeria E. Goncalves, Mary C. Khumprakob, Edson A. Knight, Heidi Jo Kroeck, Young Tensley, and Hattie W. Wilkins, seek a writ of mandamus to compel respondents, the Mahoning County Board of Elections, its board members David Betras, Mark Munroe, Robert Wasko, and Tracey Winbush, and Ohio Secretary of State Jon Husted, to certify a proposed charter amendment to appear on the November ballot.

**{¶ 2}** Our holding in *State ex rel. Youngstown v. Mahoning Cty. Bd. of Elections,* _____ Ohio St.3d _____, 2015-Ohio-3761, ___ N.E.3d ___, renders this petition moot.

Cause dismissed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

_____

James Kinsman and Terry J. Lodge, for relators.

Vorys, Sater, Seymour & Pease, L.L.P., Lisa Babish Forbes, Kyle S. Baird, Aaron M. Williams, John K. Keller, and Peter A. Lusenhop, for respondents the Mahoning County Board of Elections and its members.

Michael DeWine, Attorney General, and Nicole M. Koppitch and Tiffany L. Carwile, Assistant Attorneys General, for respondent Ohio Secretary of State Jon Husted.

Porter, Wright, Morris & Arthur, L.L.P., L. Bradfield Hughes, Kathleen M. Trafford, and Kevin J. Kelley, urging denial of the writ for amici curiae the Ohio Chamber of Commerce, Affiliated Construction Trades of Ohio, and the American Petroleum Institute.

Black, McCuskey, Souers & Arbaugh, L.P.A., Randolph L. Snow, James M. Wherley Jr., and Whitney L. Willits, urging denial of the writ for amici curiae the Ohio Oil and Gas Association, the Ohio Gas Association, and 17 Local Unions.

Black, McCuskey, Souers & Arbaugh, L.P.A., Randolph L. Snow, James M. Wherley Jr., and Whitney L. Willits, urging denial of the writ for amicus curiae Youngstown/Warren Regional Chamber.

_____